# United States Court of Appeals
## For the First Circuit

---

No. 03-1571

ROGER NORTON,

Petitioner, Appellee,

v.

LUIS SPENCER,

Respondent, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on October 30, 2003 is amended as follows:

At page 10, line 3, replace "<u>United States</u> v. <u>Jones</u>" with "<u>United States Ex. Rel. Jones</u> v. <u>DeRobertis</u>".